## CHARLES A. SENK
*vs.*
## DANBURY NATIONAL BANK ET AL.

Superior Court     New Haven County     File No. 64457

MEMORANDUM FILED FEBRUARY 27, 1945.

*Pouzzner, Hadden, Kopkind & Hadden*, of New Haven, for the Plaintiff.

*Albert Aston*, of Woodbury, and *Bronson, Lewis, Bronson & Upson*, of Waterbury, for the Defendants.

WYNNE, J. The court is of the opinion that the reasons urged in support of the motion are more persuasive than the fact that the attorneys for the plaintiff are located in New Haven and the plaintiff himself has his headquarters in New York. This would seem to be a case which should be tried in Waterbury. No inconvenience appearing for plaintiff or his counsel, the motion for transfer is granted.